AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 922 (g)(1)- Felon in Possession of Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonmnet, $250,000 fine, 3 yrs supervised release, $100 special assessmnet

**DEFENDANT - U.S.**
Ruben Anthony Trevino

**DISTRICT COURT NUMBER**
CR 07 0630

FILED
07 OCT -4 PM 3:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CW

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ANDREW HUANG, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▸ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▸ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: OAKLAND

FILED
07 OCT -4 PM 3:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

RUBEN ANTHONY TREVINO,

CR 07 0630 CW

DEFENDANT.

## INDICTMENT

VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

A true bill.

_____
Foreman

Filed in open court this 4th day of Oct. 2007

_____
Clerk

Bail, $ No bail/arrest warrant

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 OCT -4 PM 3:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07 0630 CW |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |
| v. | ) | OAKLAND VENUE |
| RUBEN ANTHONY TREVINO, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about September 15, 2006, in the Northern District of California, the defendant,

RUBEN ANTHONY TREVINO

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Mossberg 12-gauge shotgun with its serial number obliterated, in and affecting commerce, in violation of Title 18, United

//
//
//

INDICTMENT

1  States Code, Section 922 (g)(1).

2

3  DATED: October 4, 2007                    A TRUE BILL.

4

5

6                                            FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney
8

9

10 DOUGLAS SPRAGUE
   Chief, Oakland Branch
11

12 (Approved as to form: _____ )
                          AUSA HUANG
13

14

15

...

28

INDICTMENT