# MAGISTRATE JUDGE MINUTE ORDER

**FILED** OCT 1 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- DOCUMENTS UNDER SEAL: ☐
- DOCUMENT NUMBER:
- DEPUTY CLERK: LISA R. CLARK
- REPORTER/FTR: NOT RECORDED
- MAGISTRATE JUDGE: WAYNE D. BRAZIL
- DATE: 10/17/07
- NEW CASE: ☐
- CASE NUMBER: CR-07-630 CW

## APPEARANCES

- DEFENDANT: RUBEN ANTHONY TREVINO
- CUST: YES
- P/NP: P
- ATTORNEY FOR DEFENDANT: SEAN HALBERT
- PD: ☒   RET: ☐
- APPT: ☒
- U.S. ATTORNEY: BRIAN WHITTAKER
- INTERPRETER: —
- FIN. AFFT SUBMITTED: ☐
- COUNSEL APPT'D: ☐
- PROBATION OFFICER: —
- PRETRIAL SERVICES OFFICER: AMELIA BERTHELSEN
- DEF ELIGIBLE FOR APPT'D COUNSEL: ☐
- PARTIAL PAYMENT OF CJA FEES: ☐

## PROCEEDINGS SCHEDULED TO OCCUR

- ☒ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS
- ☐ I.D. COUNSEL
- ☒ ARRAIGNMENT
- ☐ BOND SIGNING
- ☐ IA PET TO REV PRB
- ☐ BAIL REVIEW
- ☐ DETENTION HRG
- ☐ REMOVAL HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ SUP REL HRG

## INITIAL APPEARANCE

- ☒ ADVISED OF RIGHTS
- ☒ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

## ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☒ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

## RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY: $
- SPECIAL NOTES:
- ☐ PASSPORT SURRENDERED DATE:
- PROPERTY TO BE POSTED: ☐ CASH $
- CORPORATE SECURITY: ☐
- REAL PROPERTY: ☐
- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☐ REMANDED TO CUSTODY
- ORDER REMOVED TO THE DISTRICT OF:

## PLEA

- ☐ CONSENT ENTERED
- ☒ NOT GUILTY
- ☐ GUILTY
- ☐ GUILTY TO COUNTS:
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

## CONTINUANCE

- TO: 10/22/07
- AT: 10:00 AM
- BEFORE HON. WDB
- ☐ I.D. COUNSEL
- ☒ SUBMIT FINAN. AFFIDAVIT
- ☒ DETENTION HEARING
- ☐ BOND SIGNING
- ☐ PRELIMINARY HEARING OR ARRAIGNMENT
- ☐ STATUS RE: CONSENT
- ☐ CHANGE OF PLEA
- ☐ MOTIONS
- ☐ STATUS/TS
- ☐ BAIL REVIEW
- ☐ JUDGMENT & SENTENCING
- ☐ TIME WAIVED
- ☒ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ IDENTITY/REMOVAL
- ☐ PRETRIAL CONFERENCE
- ☐ PROBATION REV. HEARING

## ADDITIONAL PROCEEDINGS

DEFENDANT ARRAIGNED ON THE INDICTMENT; NOT GUILTY PLEA ENTERED; GOVERNMENT TO PROVIDE DISCOVERY TO THE DEFENDANT BY 10/19/07; MATTER CONTINUED FOR DEFENDANT TO SUBMIT FINANCIAL AFFIDAVIT TO THE COURT AND SETTING OF DETENTION HEARING; COURT FINDS EXCLUDABLE TIME BASED OF EFFECTIVE PREPARATION OF DEFENSE COUNSEL UNTIL 10/22/07