1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR 07-00630 CW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM NOVEMBER 7, 2007 TO NOVEMBER 14, 2007 AT 2:30 P.M., AND EXCLUDING TIME FROM NOVEMBER 7, 2007 TO NOVEMBER 14, 2007 |
| v. | |
| RUBEN ANTHONY TREVINO, | |
| Defendant. | |

17      The undersigned parties stipulate as follows:

18  1.  The parties' first appearance before this Court is currently scheduled for November 7,
19      2007 at 2:30 p.m.  When that date was originally set by Magistrate Judge Brazil,
20      undersigned defense counsel indicated that she might have a conflict on November 7,
21      2007 and would likely have to re-set the date.

22  2.  Undersigned defense counsel has work-related meetings in the San Jose Federal
23      Defender's Office that will not conclude until 3:00 p.m. on November 7, 2007.  Thus,
24      the defense is requesting a one-week continuance of the initial appearance in district
25      court, to November 14, 2007.  The government does not object to this request.

26

STIP. AND [PROP] ORDER CONT. INITIAL
D.CT. APPEARANCE; CR-07-00630 CW

3. The parties agree that the time between November 7, 2007 and November 14, 2007 should be excluded from the computation of time within which the trial of this matter must commence because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in light of the need for the continuity of counsel and the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO STIPULATED

/S/

Date: November 5, 2007  _____
SHAWN HALBERT
Assistant Federal Public Defender

/S/

Date: November 5 , 2007  _____
ANDREW HUANG
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

STIP. AND [PROP] ORDER CONT. INITIAL
D.CT. APPEARANCE; CR-07-00630 CW

<u>ORDER</u>

For GOOD CAUSE SHOWN, it is hereby ORDERED that the parties' first appearance in district court, previously set by Magistrate Judge Brazil for November 7, 2007 at 2:30 p.m., shall be continued to November 14, 2007 at 2:30 p.m.  IT IS FURTHER ORDERED that the time between November 7, 2007 and November 14, 2007 shall be excluded from the computation of time within which the trial of this matter must commence because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in light of the need for the continuity of counsel and reasonable time necessary for effective preparation of counsel, for the reasons described in the above stipulation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Date: _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIP. AND [PROP] ORDER CONT. INITIAL
D.CT. APPEARANCE; CR-07-00630 CW