```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2  BRIAN J. STRETCH (CASBN 163973)
    Chief, Criminal Division
 3
    JAMES MANN (CASBN 221603)
 4  Assistant United States Attorney

 5     1301 Clay Street, Suite 340S
       Oakland, California 94612
 6     Telephone: (510) 637-3680
       FAX: (510) 637-3740
 7
    Attorneys for Plaintiff
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No CR 07-00630 CW |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| v. | ) | |
| RUBEN ANTHONY TREVINO, | ) | |
| Defendant. | ) | |

Please take notice that as of November 7, 2007, the Assistant U.S. Attorney whose name, address and telephone number are listed below will be counsel for the government.

Assistant U.S. Attorney JAMES MANN
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3705

DATED: November 7, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/S/_____
JAMES MANN
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

[CR 07-00630 CW]