UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**

NOV 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Ivy Garcia for Sheilah Cahill
Court Reporter: Mary Richardson - pro tem
Date: 11/14/07

Plaintiff: United States

v.                                          No. CR-07-00630 CW

Defendant: Ruben Anthony Trevino (present - in custody)


**Appearances for Plaintiff:**
Maureen Bessette for Andrew Huang

**Appearances for Defendant:**
Shawn Halbert


**Speedy Trial Date:**

Hearing: Status HELD, Trial Setting NOT HELD

**Notes:** This was the initial appearance by the defendant before the assigned District Judge. The defendant's atty. has received the discovery from the government's atty. The parties have been engaged in settlement discussions. The defendant's atty. asked the Court for 3 or 4 weeks continuance - without objection from the government's atty., request GRANTED. **Case continued to 12/5/07 at 2:00 p.m. for Further Status or Motion/Trial setting.** Time excluded between now and until 12/5/07 for effective preparation of counsel.


Copies to:   Chambers