UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 12/5/07

**Plaintiff:** United States

**v.**                                                  **No.** CR-07-00630 CW

**Defendant:** Ruben Anthony Trevino (present - in custody)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Further Status or Motions/Trial Setting**

**Notes:** Parties have agreed to plea agreement in principle, but it needs to be approved and put in writing. **Case continued to 12/19/07 at 2:00 p.m. for disposition or trial setting.** (Defense has a calendar conflict, but will try to change it or parties can stipulate to put this matter over to Court's civil calendar on Tuesday, 1/8/08 at 2:00 p.m.)  Defense does not think there will be motions.  Time excluded for effective preparation and continuity of counsel

Copies to: Chambers