UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order **FILED**

DEC 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Diane Skillman
Date: 12/19/07

Plaintiff:  United States

v.                                                  **No.**  CR-07-00630 CW

Defendant:  Ruben Anthony Trevino (present - in custody)


**Appearances for Plaintiff:**
Andrew Huang

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**


**Probation Officer:**



**Speedy Trial Date:**


Hearing:  Change of Plea

**Notes:**    Defendant enters under oath Rule 11(c)(1)(C) plea of guilty
to single count indictment charging Felon in Possession of a Firearm
in violation of 18 USC 922(g)(1).  Plea Agreement filed.  Court finds
factual basis for plea; Court accepts plea.  PSR requested.  **Judgment
and sentencing set for 3/5/08 at 2:00 p.m.** ✓

Copies to: Chambers; probation