UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number        CR-07-00630 CW
Defendant's Name   Ruben Anthony Trevino
Defense Counsel    Shaun Halbert - AFPD
Referral Date      12/19/07
Sentencing Date    3/5/08                @ 2:00 pm

NOTICE TO DEFENSE COUNSEL

The Court has directed that a    __X__ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: _____SHEILAH CAHILL_____
         Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody:    yes

Is defendant English-speaking?    yes

cc: U. S. Probation