UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**

MAR - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Starr Wilson, pro tem
Date: 3/5/08

Plaintiff:  United States

v.                                              No.  CR-07-00630 CW

Defendant:  Ruben Trevino (present - in custody)

Appearances for Plaintiff:
Andy Huang

Appearances for Defendant:
Shawn Halbert

Hearing:  Judgment and Sentencing

Notes:     Defendant and counsel have read PSR.  The Court follows PSR
and finds Offense Level 13, Criminal History VI, leading to a
Guideline Range of 33-41 months.  The Court sentences the defendant to
37 months custody of the Attorney General to be followed by 3 years
supervised release under the usual terms and conditions and the
special conditions as set forth in the PSR including 200 hours
community service as directed by the Probation Officer.  No fine
imposed due to lack of ability to pay a fine.  Defendant to pay $100
special assessment which shall be paid through the defendant's
participation in the BOP's Inmate Financial Responsibility Program at
the rate of $25 per quarter.  The Court suggests inpatient drug
treatment for the defendant.  Court will recommend placement in a
facility within California where the defendant can get the best drug
treatment regardless of where that is.  Defendant forfeits any
interest in guns and ammunition seized.  Defendant remanded to custody
of U.S. Marshal.  See J&C for details

Copies to: Chambers